ACCEPTED
14-15-00387-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/13/2015 1:51:53 PM
CHRISTOPHER PRINE
CLERK

## No. 14-15-00387-CV

In the Court of Appeals for the
Fourteenth District of Texas at Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/13/2015 1:51:53 PM
CHRISTOPHER A. PRINE
Clerk

SHAYN A. PROLER

*Appellants*

V.

CITY OF HOUSTON,

*Appellee*

On Appeal from the 234th Judicial District Court
Harris County, Texas
Trial Court Case No. 2007-30944

**Unopposed Motion for Extension of Time
to File Appellee's Brief**

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Appellee respectfully requests a thirty-day extension of time to file its Appellee's Brief, up to and including December 16, 2015, and in support respectfully shows as follows:

1. Appellant's Brief was filed October 16, 2015, generating a due date for Appellee's Brief of November 16, 2015.

2. This is the first motion for an extension of time to file the brief. It is unopposed.

3. The undersigned has a busy appellate practice, including related trial court motions and hearings, with the City. Among other briefs the

undersigned has been, and continues to be, working on during this briefing period are:

a. No. 15-20237, *Ricardo Salazar-Limon v. City of Houston, et al.*, in the United States Court of Appeals for the 5th Circuit, Appellees' Brief due November 18, 2015;

b. *In re City of Houston*, No. 15-_____, in the Supreme Court of Texas, anticipated filing date November 23, 2015.

4.    The undersigned has conferred with the attorney for Appellant and he does not oppose the extension.

5.    This motion is not for delay but so that justice may be done.

For these reasons, Appellee respectfully asks that the Court grant it a thirty-day extension of time to file its brief, and grant any other relief to which it is entitled.

Respectfully submitted,

DONNA L. EDMUNDSON
City Attorney
JUDITH L. RAMSEY
Chief, General Litigation Section

By:   /s/ Robert W. Higgason
      Robert W. Higgason
      Senior Assistant City Attorney
      State Bar No. 09590800
      City of Houston Legal Department
      900 Bagby, 3rd Floor
      Houston, Texas 77002
      Telephone:   832.393.6481
      Facsimile:    832.393.6259
      robert.higgason@houstontx.gov

   *Attorneys for Appellee*

## Certificate of Conference

I hereby certify that I have conferred with Appellant's counsel and that Appellant is unopposed to this motion.

   /s/ Robert W. Higgason
   Robert W. Higgason

## Certificate of Service

I hereby certify that on November 13, 2015, a true and correct copy of the foregoing has been served on counsel below via e-service.

David T. Lopez
DAVID T. LOPEZ & ASSOC.
3900 Montrose Blvd.
Houston, Texas 77006-4959
dtlopez@lopezlawfirm.com

*Attorney for Appellant*

                             */s/ Robert W. Higgason*
                             Robert W. Higgason